UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of CHINA MEDICAL TECHNOLOGIES, INC. (IN LIQUIDATION) AND CMED TECHNOLOGIES LIMITED for judicial assistance pursuant to 28 U.S.C. § 1782<br><br>                    Petitioner. | 21 Misc. 740 (ER) |

**ORDER GRANTING JUDICIAL ASSISTANCE
PURUSANT TO 28 U.S.C. § 1782**

THIS MATTER having been brought before the Court pursuant to 28 U.S.C. § 1782 by China Medical Technologies Inc. (In Liquidation) and CMED Technologies Limited, through their attorneys Lewis Baach Kaufmann Middlemiss PLLC, and the Court having considered the Application papers, and all other submissions before it; and for good cause shown;

IT IS on this 6th day of January, 2022,

ORDERED that the Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 be, and it hereby is, GRANTED; and it is further

ORDERED that Anne Katherine Toomey, Esq. of Lewis Baach Kaufmann Middlemiss PLLC is hereby appointed Commissioner of the Court with the power to issue a subpoena to KPMG LLP seeking documents related to its review of the valuation of the FISH Technology and/or the preparation of the KPMG Mountain View Second Opinion, including without limitation, correspondence, emails, timesheets, invoices, work papers, analyses, notes and memoranda, whether in hardcopy or electronic format.

The Clerk of Court is respectfully directed to terminate the motion, Doc. 1.

It is SO ORDERED.

Dated: January 6, 2022
New York, New York

EDGARDO RAMOS, U.S.D.J.